NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TONY L. SMITH, DC #H08985,                )
                                          )
            Appellant,                    )
                                          )
v.                                        )
                                          )   Case No.  2D18-3570
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
_____)

Opinion filed July 3, 2019.

Appeal from the Circuit Court for Polk
County; Mark F. Carpanini, Judge.

Tony L. Smith, pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


KELLY, MORRIS, and SLEET, JJ., Concur.